In the Matter of the Application of FRANK TEICHER, Appellant, for an Order Discharging a Notice of Mechanic's Lien Filed by EAST NEW YORK STRUCTURAL STEEL, INC., Respondent, with the Comptroller of the City of New York and the Department of Correction of the City of New York on July 1, 1932, upon Moneys Applicable under Contract No. 102511, Relating to the Alteration of the Cell Block of the Tombs Prison, etc.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin,.O'Malley and Untermyer, JJ.

PENN MUTUAL LIFE INSURANCE COMPANY, Plaintiff, v. BANK OF AMERICA NATIONAL ASSOCIATION, Respondent, Impleaded with CELIA LACK, Appellant, and Another. (Action No. 1.) THE TRAVELERS INSURANCE COMPANY, Plaintiff, v. CELIA LACK, Appellant, Impleaded with BANK OF AMERICA NATIONAL ASSOCIATION, Respondent. (Action No. 2.) — Judgments affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JANET FOSDICK, Appellant, v. INVESTORS SYNDICATE, a Corporation Incorporated under the Laws of the State of Minnesota, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GLADYS ROSE FARMER, as Administratrix, etc., of JOHN AUSTIN FARMER, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order reversed and the matter referred to Alfred L. Marilley, as referee, to hear and report to the trial justice as to the truth of the statements contained in the affidavits used as a basis for a new trial. Settle order on notice. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.

SAMUEL CHALSON, Respondent, v. LENA CHALSON, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and grant a new trial on the counterclaim of the defendant, for the reason that the charges set forth therein were proved, and, therefore, the judgment in favor of the husband was against the weight of the evidence.

MORRIS WELSON, Respondent, v. NEUJAN BUILDING CORPORATION, Appellant.†—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LUCY COTTON THOMAS MAGRAW, Respondent, v. CHARLES HANN, JR., Appellant.‡— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motion.

LUCY COTTON THOMAS MAGRAW, Respondent, v. CHARLES HANN, JR., Appellant.‡— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motion.

EDWIN A. RIESENFELD, Respondent, v. THEODORE F. FLANDREAU, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

JOSEPH B. MAYER, Appellant, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Respondents, Impleaded with Others.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [143 Misc. 714.]

---

*Appeal dismissed, 264 N. Y. 454. † Revd., 264 N. Y. 303. ‡Appeal dismissed, 263 N. Y. 674.